AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Emerson, George W. | U.S. Bankruptcy Court, Western District of Tennessee | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Suite 675, One Memphis Place
200 Jefferson Avenue
Memphis, Tennessee 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Delta Materials Handling |
| 2. 2019 | The Costa Company, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Investment Acct #1 (Charles Schwab & Co. Inc. - SEP-IRA) (H) | | | | | | | | | |
| 2. Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | L | T | | | | | |
| 3. Dodge & Cox Stock Fund (DODGX) | A | Dividend | | | Sold | 05/02/19 | K | E | |
| 4. | B | Distribution | | | | | | | |
| 5. Fidelity Advisor Strategic Income (FSRIX) | A | Dividend | | | Sold | 01/02/19 | J | | |
| 6. Fidelity Advisor New Insights Fund Class 1 (FINSX) | C | Distribution | | | Sold | 12/13/19 | L | E | |
| 7. | A | Dividend | | | | | | | |
| 8. Standard & Poors Depository Receipts (SPY) | A | Dividend | | | Sold | 12/13/19 | K | E | |
| 9. Carmax Inc. Com (KMX) | | None | | | Sold | 01/02/19 | J | D | |
| 10. Fidelity Advisor Mid Cap II Fund (FIIMX) | A | Distribution | | | Sold | 05/02/19 | J | B | |
| 11. Yum Brands Inc Com (YUM) | A | Dividend | | | Sold | 02/20/19 | K | D | |
| 12. Pepsico Inc (PEP) | A | Dividend | | | Sold | 02/20/19 | K | D | |
| 13. Wells Fargo & Co New Com (WFC) | A | Dividend | | | Sold | 02/20/19 | K | D | |
| 14. Fedex Corp Com (FDX) | A | Dividend | | | Sold | 05/02/19 | K | D | |
| 15. PGIM Short Term Corp Bond (PIFZX) *See Part VIII* | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 16. | | | | | Sold (part) | 05/02/19 | K | D | |
| 17. | | | | | Buy (add'l) | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Vanguard Index FDS Vanguard Value ETF (VTV) | A | Dividend | | | Sold | 12/13/19 | K | E | |
| 19. | Vanguard Index FDS Vanguard Growth ETF (VUG) | A | Dividend | M | T | Sold (part) | 05/02/19 | J | B | |
| 20. | | | | | | Buy (add'l) | 12/13/19 | K | | |
| 21. | Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 22. | Oakmark Intl FD Class I (OAKIX) | B | Dividend | M | T | | | | | |
| 23. | Wisdomtree Smallcap Earnings ETF (EES) | A | Dividend | | | Sold | 12/13/19 | J | C | |
| 24. | Morgan Stanley Emerging Mkts Debt CF (MSD) | A | Dividend | | | Sold | 01/02/19 | J | | |
| 25. | CVS Health Corp. (CVS) | A | Dividend | | | Sold | 05/02/19 | J | | |
| 26. | Eaton Vance Global Macro Abs Ret I (EIGMX) | A | Dividend | J | T | | | | | |
| 27. | Baron Emrg Mkts FD Inst (BEXIX) | A | Dividend | K | T | Sold (part) | 12/13/19 | K | B | |
| 28. | IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 05/02/19 | J | | |
| 29. | | | | | | Buy (add'l) | 12/13/19 | J | | |
| 30. | Cohen & Steers Real Estate Secs I (CSDIX) | A | Dividend | | | Sold | 06/20/19 | K | C | |
| 31. | DWS Enhanced CMDY Strat (SKIRX) | A | Dividend | | | Buy (add'l) | 01/02/19 | J | | |
| 32. | | | | | | Buy (add'l) | 05/02/19 | J | | |
| 33. | | | | | | Sold (part) | 06/20/19 | K | | |
| 34. | | | | | | Sold | 08/02/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Lord Abbett Floating (LFRIX) | A | Dividend | J | T | | | | | |
| 36. | Schwab Short-Term Bond Index Fund (SWSBX) | A | Dividend | K | T | Sold (part) | 01/02/19 | J | A | |
| 37. | | | | | | Buy (add'l) | 05/02/19 | J | | |
| 38. | | | | | | Buy (add'l) | 12/13/19 | J | | |
| 39. | Royce Intl Premier FD (RIPNX) | A | Dividend | K | T | | | | | |
| 40. | Templeton Global Income CF (GIM) | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 41. | PIMCO INCM INST CL (PIMIX) | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 42. | | | | | | Buy (add'l) | 05/02/19 | J | | |
| 43. | Carillon Scout Mid Cap (UMBMX) | A | Dividend | K | T | Buy | 01/02/19 | K | | |
| 44. | | A | Distribution | | | Buy (add'l) | 05/02/19 | J | | |
| 45. | Schwab US Large Cap Value ETF (SCHV) | B | Dividend | | | Buy | 01/02/19 | J | | |
| 46. | | | | | | Buy (add'l) | 01/02/19 | J | | |
| 47. | | | | | | Buy (add'l) | 02/20/19 | K | | |
| 48. | | | | | | Buy (add'l) | 05/02/19 | J | | |
| 49. | | | | | | Buy (add'l) | 08/02/19 | J | | |
| 50. | | | | | | Sold | 12/13/19 | K | D | |
| 51. | Goldman Sachs ACTVBT Intereqy ETF (GSIE) | A | Dividend | J | T | Buy | 01/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 08/02/19 | J | | |
| 53. | Templeton Emerging Market Income CF (TEI) | A | Dividend | | | Buy | 01/02/19 | J | | |
| 54. | | | | | | Sold | 08/02/19 | J | A | |
| 55. | Goldman Sachs ACTVBETA US Lrg ETF (GSLC) | A | Dividend | K | T | Buy | 02/20/19 | K | | |
| 56. | | | | | | Buy (add'l) | 12/13/19 | K | | |
| 57. | Lord Abbett Short Dur Income FD CL I (LLDYX) | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 58. | VanEck Vectors Morningstar Wide Moat ETF (MOAT) | B | Dividend | L | T | Buy | 05/02/19 | L | | |
| 59. | | | | | | Buy (add'l) | 12/13/19 | K | | |
| 60. | Nuance Concentrated Value Long Short Inst (NCLSX) | A | Dividend | K | T | Buy | 05/02/19 | K | | |
| 61. | | A | Distribution | | | | | | | |
| 62. | Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | K | T | Buy | 06/20/19 | K | | |
| 63. | | | | | | Buy (add'l) | 08/02/19 | J | | |
| 64. | | | | | | Buy (add'l) | 12/13/19 | J | | |
| 65. | TransAmerica Emrg Mkts Debt FD CL I (EMTIX) | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 66. | | | | | | Buy (add'l) | 12/13/19 | J | | |
| 67. | Schwab Funda Emg Mkts Large Com ETF (FNDE) | | None | K | T | Buy | 12/13/19 | K | | |
| 68. | Schwab Fundamental US Large Co ETF (FNDX) | | None | L | T | Buy | 12/13/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Emerson, George W.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Paragon Affinity Money Mkt Savings | B | Interest | L | T | | | | | |
| 70. Investment Acct #2 (Charles Schwab & Co. Inc. - IRA Contributory) (H) | | | | | | | | | |
| 71. Templeton Global Bond Fund Class A (TPINX) | A | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 72. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 73. Lord Abbett Short Dur Income FD CL A (LALDX) | A | Dividend | J | T | | | | | |
| 74. Carillon Scout Mid Cap FD I (UMBMX) | A | Dividend | J | T | | | | | |
| 75. | A | Distribution | | | | | | | |
| 76. Lord Abbett Floating (LFRAX) | A | Dividend | J | T | | | | | |
| 77. Schwab Fundamental US Large ETF IV (FNDX) | A | Dividend | K | T | Buy (add'l) | 12/13/19 | J | | |
| 78. Schwab US Large Cap Value ETF (SCHV) | A | Dividend | | | Sold | 12/13/19 | K | C | |
| 79. Schwab US Large Cap Growth ETF (SCHG) | A | Dividend | K | T | Sold (part) | 12/13/19 | J | A | |
| 80. Baron Emrg Mkts FD (BEXFX) | A | Dividend | J | T | Sold (part) | 12/13/19 | J | A | |
| 81. Schwab Short Term Bond Index Fund (SWSBX) | A | Dividend | J | T | | | | | |
| 82. Oakmark Intl Fund Ind (OAKIX) | A | Dividend | J | T | | | | | |
| 83. Deutsche Enhanced CMDY STRAT INST (SKIRX) | A | Dividend | | | Sold | 06/20/19 | J | | |
| 84. Eaton Vance Global Macro Abs Ret A (EAGMX) | A | Dividend | J | T | | | | | |
| 85. Cohen & Steers Real Estate Secs I (CSDIX) | A | Dividend | | | Sold | 06/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Schwab Fundamental Intl Small Com ETF (FNDC) | A | Dividend | J | T | | | | | |
| 87. Schwab International Equity ETF (SCHF) | A | Dividend | | | Sold | 12/13/19 | J | | |
| 88. PGIM Short Term Corp BD FD CL Z (PIFZX) | A | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 89. Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | | | Sold | 12/13/19 | J | A | |
| 90. Nuance Concentrated Value Long Short Inv (NCLIX) | A | Distribution | J | T | Buy | 06/20/19 | J | | |
| 91. Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 92. Schwab Funda Emg Mkts Large Com ETF (FNDE) | | None | J | T | Buy | 12/13/19 | J | | |
| 93. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 94. VanEck Vectors Morningstar Wide Moat ETF (MOAT) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 95. Goldman Sachs ACTVBT Intereqy ETF (GSIE) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 96. Goldman Sachs ACTVBETA US Lrg ETF (GSLC) | A | Dividend | J | T | Buy | 12/13/19 | J | | |
| 97. Mass Mutual (401K) - MFS Lifetime 2040 R2 | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts

 - The individual assets of "Investment Acct #1 (Charles Schwab & Co. Inc. - SEP-IRA) (H)" are listed at lines 2 - 68.  The assets in this account are separate from the assets listed under "Investment Acct #2 (Charles Schwab & Co. Inc.- IRA Contributory) (H)."

 - Paragon Affinity Money Mkt Savings was listed at line number 42 on last year's report.  Because this asset is a separate account and not an individual asset within Investment Acct #1, it is now listed at line number 69, following the assets listed for Investment Acct #1.

 - The individual assets of "Investment Acct #2 (Charles Schwab & Co. Inc. - IRA Contributory) (H)" are listed at lines 71 - 96.

 - Mass Mutual (401K) - MFS Lifetime 2040 R2 was listed at line number 84 on last year's report.  Because this asset is a separate account and not an individual asset within Investment Acct #2, it is now listed at line number 97, following the assets listed for Investment Acct #2.

 - Line #15:  This asset was formerly known as Prudential Short-Term Bond.

Part VII.  Investments and Trusts

The following assets did not generate income during the reporting period:

 - Line 2:  Berkshire Hathaway Inc Del Cl B New (BRKB)

 - Line 9:  Carmax Inc Com (KMX)

 - Line 67:  Schwab Funda Emg Mkts Large Com ETF (FNDE)

 - Line 68:  Schwab Fundamental US Large Co ETF (FNDX)

 - Line 92:  Schwab Funda Emg Mkts Large Com ETF (FNDE)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Emerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544